FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2026 FEB -3  PM 1:42  SCS

**Exhibit A**

**9:36**　　　　　　　　　　　　　.ıll LTE 🔋

‹　**DMCA Counter Notice _ roseto**　• • •

 **shopify**

**Date:** January 24, 2026

**DMCA Counter Notice | rosetoyofficial-us.com**

### 1. Shopify Merchant Contact Information

First Name:

zheng

Last Name:

niko

Phone:

18770305727

Email:

service@rosetoyofficial-us.com

Address:

ning jin centre, 7 shing yip street

rroom a17, 29/f

City:

kwun tong

Country:

HK

State/Province:

KL

### 2. Material(s) Subject to the Counter Notice

Report ID:

34a1c2c0-001c-4bf9-bc32-b510be21a597

• https://rosetoyofficial-us.com/products/the-rose-toy

### 3. Declarations

• I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.

• I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.

• I swear, under penalty of perjury, that I have a good faith belief th~~_~~ ontent was removed as a result of a mistake or misidentificatio~~_~~ ~~removed~~|

### 4. Electronic Signature

zheng niko