

SERGEI OREL
ATTORNEY AT LAW
14 65TH STREET, #5
WEST NEW YORK, NEW JERSEY
07093
(201) 491-1464
sorel@sergei-orel.com

February 2, 2026

**VIA FEDEX OVERNIGHT DELIVERY**

Clerk of the Court
U.S. District Court for the District of Delaware
844 N. King Street, Unit 18
Room 4209, 4th Floor
Wilmington, DE 19801
Tel: 302-573-6170

      **Re:**   **Rose Toy Inc. v. Denfang Zheng aka Niko Zheng, et al.**
           **Docket No.:** _____
           ***Civil Action - Initial Filing by Mail***

Dear Clerk:

Enclosed please find for filing:

- a civil Complaint,
- Civil Cover Sheet (JS-44), and
- the required filing fee in the amount of $405.00, submitted on behalf of Plaintiff Rose Toy Inc.

Counsel submitting this filing, Sergei Orel, Esq., is admitted in the State of New Jersey, the U.S. District Court for the District of New Jersey, and the U.S. Court of Appeals for the 3rd Circuit, and is submitting this Complaint solely for the purpose of initiating this civil action and preserving Plaintiff's rights. Delaware-admitted local counsel will be retained promptly, and appropriate appearances and *pro hac vice* applications will be filed in accordance with the Local Rules of this Court.

Please file the enclosed Complaint, assign a civil action number, and return a conformed copy by mail if customary.

Please telephone the undersigned at 201-491-1464 or email to sorel@sergei-orel.com, and or sergeiorel@yahoo.com, and provide the Docket Number for this complaint.

1

Should the Clerk require any additional information to process this filing, please do not hesitate to contact me at 201-491-1464 or email to sorel@sergei-orel.com, and or sergeiorel@yahoo.com.

Thank you for your assistance.

Respectfully submitted,

/s/ Sergei Orel
Sergei Orel, Esq.
NJ Bar No. 008862001
SERGEI OREL, LLC
14 65th Street, #5
West New York, New Jersey 07093
Tel: (201) 491-1464
Email: sorel@sergei-orel.com
sergeiorel@yahoo.com
Attorney for Plaintiff Rose Toy Inc.

2

Case 1:26-cv-00125-RGA   Document 1-2   Filed 02/03/26   Page 3 of 3 PageID #: 16

## Local Counsel representation in a trademark infringement lawsuit before the USDC DD - District of Delaware

From:   Sergei Orel (sergeiorel@yahoo.com)

To:     gp@del-iplaw.com

Cc:     sorel@sergei-orel.com; sergeiorel@yahoo.com

Date:   Monday, February 2, 2026 at 05:27 PM EST

Dear George - how are you? I am Сергій Орел, a fellow member of the Ukrainian-American Bar Association.

I am in the process of filing a trademark infringement lawsuit on behalf of one of my clients against a trademark infringer and cybersquatter following the infringer's submission of a DMCA Counter Notice to Shopify, after my client's takedown notice to Shopify.

I need to retain a local Delaware counsel.

Would you be able to act as a local counsel for my client before the USDC DD?

Can you please run a conflict check for representation of Rose Toy Inc., a Delaware corporation (the plaintiff), or Dengfang Zheng aka Niko Zheng, Yunfei Zhou (co-defendants).

Please call/text/email me at any time with any questions at 201-491-1464 and or sergeiorel@yahoo.com.

Many thanks.

Best regards,

Sergei Orel
Attorney at Law
35 Journal Square Plaza,
Suite # 921,
Jersey City, New Jersey 07306
**USA**
Tel: +1-201-491-1464

Rue du Pré-de-la-Bichette 1, 3rd Fl
Genève, CH-1202
**Switzerland**
Tel: +41-22-592-1200

13 C Chemin du Levant , #17
01210 Ferney-Voltaire (Ain)
**France**