IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROSE TOY, INC.,                          :
                                         :
                Plaintiff,               :
                                         :
        v.                               :        Civil Action No. 26-125-RGA
                                         :
DENGFANG ZHENG, et al.,                  :
                                         :
                Defendants.              :

## **ORDER TO SHOW CAUSE**

WHEREAS, Plaintiff filed this case on 2/3/2026, with the assistance of out of state attorney Sergei Orel who is not Delaware barred (D.I. 1);

WHEREAS, the Clerk of Court sent Mr. Orel a letter on 2/4/2026, advising that pursuant to the Court's Local Rule 83.5 of Civil Practice and Procedure association with Delaware counsel is required and a notice of compliance deadline was set for 3/6/2026 (D.I. 3);

WHEREAS, of today's date Delaware counsel has not appeared for the Plaintiff;

NOW THEREFORE, IT IS HEREBY ORDERED that, Plaintiff shall obtain Delaware counsel by **April 6, 2026**.  If Plaintiff fails to do so the case will be dismissed without prejudice.

Date: March 16, 2026                            /s/ Richard G. Andrews
_____                    _____
                                           United States District Judge