## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ROSE TOY INC.,

                Plaintiff,

       v.

DENGFANG ZHENG et al.

                Defendants.

Case No.: 1:26-cv-00125-RGA

**DEFENDANTS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

Pursuant to Fed. R. Civ. P. Rules 65(a) and (b), Defendants Dengfang Zheng a/k/a Niko Zheng, Yunfei Zhou, and www.rosetoyofficial-us.com ("Defendants"), by and through their undersigned counsel, respectfully moves this Court for the entry of a Temporary Restraining Order against Rose Toy Inc. ("Plaintiff"). A proposed temporary restraining order is filed herewith. The grounds for this Motion are set forth in the accompanying Memorandum, Declaration, and exhibits thereto.

OF COUNSEL:

Hongchang Deng
Yi Yi
Xiangru Chen
**LawMay P.C.**
2108 N St., Ste.9124
Sacramento, CA 95816
M: 267-888-8281
rdeng@lawmayus.com
yiyi@lawmayus.com
xiangru.chen@lawmayus.com

Dated:   March 20, 2026

Respectfully submitted,

/s/ David L. Finger
David L. Finger (#2556)
One Commerce Center
1201 N. Orange St., 7th fl.
Wilmington, DE 19801
(302) 573-2525
dfinger@delawgroup.com
Attorney Defendants